659 FORBES vs. CIRCUIT JUDGE (Washtenaw), 23 M., 496.

To compel respondent to assess the value of property taken on replevin, where the service had been set aside and defendant had elected to waive the return.

Granted October 18, 1871.

660 LA BARR vs. OSBORNE (Justice), 38 M., 313.

To compel respondent to receive evidence to prove value in case of the dismissal of a writ of replevin, where defendant waives the return of the property.

Granted January 30, 1878.   Taylor vs. Tripp, 15 M., 517 (655).

Held, that costs will not be granted against a party interested who has not been brought before this court by notice, in such a case.

661 WIRTH vs. JOHNSON (Justice), No. 12,695.

To compel a justice of the peace, in a replevin case, to enter upon his docket defendant's waiver of a return of the property and a judgment for its value, instead of a judgment for return of the property.

Plaintiff's suit was dismissed, and the justice's docket shows a judgment for the return of the property, and the justice answers that defendant did not elect to waive the return until after the rendition of the judgment.

Order granted in alternative April 5, 1892.   Answer filed April 30.   Further return was ordered May 6, 1892, and filed May 17, 1892, after which nothing further was done.